AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
## NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Nathan Gambles | ) Case No: 5:98cr36-SPM-3 |
| | ) USM No: 04438-017 |
| Date of Previous Judgment: December 10, 2003 | ) Rhonda Clyatt |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __270__ months **is reduced to** __216__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: __38__          Amended Offense Level: __36__
Criminal History Category: __II__        Criminal History Category: __II__
Previous Guideline Range: __262__ to __327__ months   Amended Guideline Range: __210__ to __262__ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
Defendant was originally sentenced to the middle of the guideline range, and his sentence was later reduced by approximately 8%. The amended sentence is comparable in that it is 8% below the middle of the amended guideline range.

Except as provided above, all provisions of the judgment dated __March 15, 1999__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: __April 24, 2008__

*s/ Stephan P. Mickle*
Judge's signature

Effective Date: _____
(if different from order date)

Stephan P. Mickle, United States District Judge
Printed name and title