IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                          CASE NO.: 5:98cr36-SPM

NATHAN GAMBLES,

    Defendant.
_____/

## ORDER FINDING GOOD CAUSE

    This cause comes before the Court on the limited remand from the Court of Appeals, Eleventh Circuit, to determine whether Gambles' untimely notice of appeal was the result of excusable neglect or good cause.  Doc. 391.

    The order being appealed is the Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2).  It was entered on the docket on April 25, 2008.  Doc. 383.  Gambles' notice of appeal was due ten days after entry of the order.  Fed. R. App. P. 4(b)(1)(A)(I).  The ten-day period excludes weekends and holidays.  Fed. R. App. P. 26(a).  Taking these two rules together, Gambles' notice of appeal was required to be filed on or before Friday, May 9, 2008.

    The certificate of service shows that Gambles' notice of appeal was mailed to the Court on Monday, May 12, 2008.  Doc. 385.   The notice of appeal

was received and filed with the Court on Wednesday, May 14, 2008.[1]  Doc. 385.

Gambles explained in his notice of appeal that the Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) was "sent to another prison and by the time [he] got the order the 10 days passed by."  Doc. 385.  A review of the Court's records does not conclusively confirm Gambles' statement, but it does provide strong support.  According to the clerk, there is no record in the clerk's pro se mail log of the Order being sent to Gambles.  The Order was, however, sent to the Bureau of Prisons.  Given the circumstances, the Court will credit as true Gambles' statement that the Order was sent to another prison and received by him after the 10 days for appeal had passed.  The Court finds that Gambles has established good cause under Federal Rule of Appellate Procedure 4(b)((4) for extension of the time until May 14, 2008, to file his notice of appeal.  Accordingly, it is

ORDERED AND ADJUDGED that Gambles' notice of appeal (doc. 385) is accepted as timely filed.

DONE AND ORDERED this 25th day of June, 2008.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

---

[1] If Gambles used the internal legal mail system at his institution to send his notice of appeal, then May 12, 2008, is the date that is notice of appeal was filed.  Fed. R. App. P. 4(c).  This would still make the notice of appeal late by one day (weekend excluded), as it was due on Friday, May 9, 2008, and was not filed until Monday, May 12, 2008.

CASE NO.: 5:98cr36-SPM