IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 5:98cr36-RH

NATHAN GAMBLES,

    Defendant.

_____/

**ORDER TERMINATING SUPERVISED RELEASE**

    By letter, the defendant Nathan Gambles has requested early termination of supervised release. Mr. Gambles has been on supervised release for nearly four years. He has held steady employment and, at least as shown by the record, has complied with his conditions of supervision except for twice using marijuana. The most recent use occurred more than a year ago.

    I have considered the factors in 18 U.S.C. § 3553(a) the criteria in Monograph 109 as approved by the Judicial Conference of the United States. I find that termination of supervised release at this time is warranted by the defendant's conduct and the interest of justice. *See* 18 U.S.C. § 3583(e)(1). Accordingly,

IT IS ORDERED:

The defendant Nathan Gamble's term of supervised release is terminated as of September 7, 2015, at 3:48 p.m.

SO ORDERED on September 7, 2015.

s/Robert L. Hinkle<br>United States District Judge